IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ENRIQUE ANGULO, <br> (TDCJ-CID #02250953) <br><br> Petitioner, <br><br> VS. <br><br> LORIE DAVIS, <br><br> Respondent. | CIVIL ACTION NO. H-19-4128 |

**FINAL JUDGMENT**

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on  May 27 , 2020.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2019\19-4128.b01.wpd